✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RUDO THOMPSON ) | Case No: 00-cr-00060-WYD-01 |
|  ) | USM No: 29495-013 |
| Date of Previous Judgment: November 16, 2000 ) | Raymond P. Moore, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 92 months is reduced to 77 months as to counts 1 and 3, to be served concurrently.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 92 to 115 months | Amended Guideline Range: | 77 to 96 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was previously sentenced on count 2 to 60 months which is consecutive to the imprisonment imposed on counts 1 and 3 of 77 months, for a total term of 137 months.

Except as provided above, all provisions of the judgment dated   November 16, 2000, shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 23, 2008                                          s/ Wiley Y. Daniel
                                                                                    Judge's signature

Effective Date: _____                                    Wiley Y. Daniel, U.S. District Judge
         (if different from order date)                                  Printed name and title