# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

UNITED STATES OF AMERICA

v.

RUDO THOMPSON

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation of Supervised Release**)

Case Number:  00-cr-00060-WYD-01

USM Number:  29495-013

Matthew Belcher, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Possession With Intent to Distribute Under 5 Lbs. Of Marijuana | 06/01/11 |
| 2 | Violation of the Law - Two Counts of Distribution of a Schedule I Controlled Substance (MDMA) | 10/16/12 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 18, 2013
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

December 23, 2013
Date

DEFENDANT:  RUDO THOMPSON
CASE NUMBER:  00-cr-00060-WYD-01                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 12/29/10 |
| 4 | Possession and Use of a Controlled Substance | 01/29/11 |
| 5 | Possession and Use of a Controlled Substance | 02/03/12 |
| 6 | Failure to Comply With the Rules of the Residential Reentry Facility | 05/14/13 |
| 7 | Violation of the Law - Sex Offender - Failure to Register | 05/20/13 |

DEFENDANT:  RUDO THOMPSON
CASE NUMBER:  00-cr-00060-WYD-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) months as to Count 1 and twenty-four (24) months as to Counts 2 and 3.  All Counts to run concurrently with one another and consecutively to the sentence that will be imposed in Arapahoe County Court Case No. 11CR1155.

The court recommends that the Bureau of Prisons credit defendant for 114 days spent in custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal